UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Nicholas Antonio Brown**                    **Docket No. 5:21-CR-115-5M**

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Nicholas Antonio Brown, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine, 28 Grams or More of Cocaine Base (Crack), and Quantities of Cocaine and Fentanyl, in violation of 21 U.S.C. §§ 846, 841(b)(1)(B), and 841(a)(1), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on April 11, 2022, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Nicholas Antonio Brown was released from custody on March 13, 2024, at which time the term of supervised release commenced.

On March 25, 2025, a violation report was submitted to the court reporting criminal conduct. It was recommended that no court action be taken. The court agreed and supervision was continued.

On October 22, 2025, a violation report was submitted to the court reporting criminal conduct and marijuana use. It was recommended that he be placed in substance abuse treatment and no court action. The court agreed and supervision was continued.

On June 2, 2026, a Petition for Action was submitted to the court reimposing the standard and special conditions, and reporting drug use. It was recommended that he participate in the location monitoring program for 30 days. The court agreed and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 18, 2026, the defendant submitted a positive urinalysis for marijuana and cocaine. When confronted, he admitted to using these substances. He was verbally admonished for his continued use and cognitive interventions were utilized to address his criminal thinking behaviors. In lieu of revocation, it is recommended that he be ordered to participate in the location monitoring program, curfew, for an additional 30 days to run consecutive to his current 30-day term.

Pursuant to 18 U.S.C. § 3583(d), the court shall consider whether the availability of appropriate substance abuse treatment programs, or a person's current or past participation in such programs, warrants an exception to 18 U.S.C. § 3583(g)(4) when considering any action against a defendant who fails a drug test while on supervised release. As Brown is actively engaged in a treatment program, and considering 18 U.S.C. § 3583(d), the probation office respectfully recommends the defendant be permitted to continue supervision in lieu of revocation at this time. In response to his continued substance use, an additional 30-day curfew with location monitoring is suggested. Any subsequent substance use will be reported to the court.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Nicholas Antonio Brown
Docket No. 5:21-CR-115-5M
Petition For Action
Page 2

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 days to run consecutively to his current 30-day period of curfew. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: June 30, 2026

## ORDER OF THE COURT

Considered and ordered this _____ 1ˢᵗ _____ day of _____ July _____, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge